Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| JENIFER HILL | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 15-cv-865-W |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that the final decision of the Commissioner is hereby reversed pursuant to sentence four 42 U.S.C. §405(g), and the case is remanded for further proceedings.

Date: September 12, 2016         MARY C. LOEWENGUTH
                                 CLERK OF COURT

                                 By: s/K.McMillan
                                     Deputy Clerk